IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARVIN D. ANTHONY, SR., ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 09-3291-CV-W-DW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is Movant Marvin D. Anthony, Sr.'s Request for Issuance of a Certificate of Appealability (Doc. 12). In this Court's August 5, 2010 Order denying Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, the Court denied Movant a certificate of appealability. As this Court has already denied Movant a certificate of appealability, and Movant has raised no new grounds upon which this Court should now issue a certificate of appealability, his request is DENIED. The Clerk of the Court is directed to mail Movant a copy of this Order.

SO ORDERED.


Date:   October 28, 2010                           /s/ Dean Whipple
                                                    Dean Whipple
                                                    United States District Judge